UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-62828-CIV-COHN/SELTZER

HOWARD COHAN,

    Plaintiff,

v.

ONE ISLE OF VENICE, LLC d/b/a LAS OLAS
ROYAL BEACH APARTMENTS,

    Defendant.

_____/

## ORDER CLOSING CASE

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice [DE 7]. The Court has reviewed the Notice and the record in this case, and is otherwise advised in the premises. Accordingly, the Clerk of Court is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 30th day of January, 2015.

*/s/ James I. Cohn*
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF